AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Kendall, Virginia M. | 2. Court or Organization<br><br>US District Court ND IL | 3. Date of Report<br><br>05/31/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US District Judge Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

| 7. Chambers or Office Address<br><br>219 S. Dearborn - Chambers 2378<br>Chicago, IL 60604 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | United States District Court Judge - Active | United States District Court - Northern District of Illinois |
| 2. | Shareholder | Prairie Recreational Developments Inc. |
| 3. | Part Time Faculty | Northwestern University School of Law |
| 4. | Part Time Faculty | Loyola University Chicago School of Law |
| 5. | Part Time Faculty | University of Chicago School of Law |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kendall, Virginia M. | 05/31/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Northwestern University School of Law teaching salary | $0.00 |
| 2. 2013 | Loyola University School of Law teaching salary | $3,500.00 |
| 3. 2013 | University of Chicago School of Law teaching salary | $4,000.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Cristo Rey St. Martin College Prep |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Lawyers without Borders | April 16 - April 20, 2013 | Monrovia, Liberia | training judiciary international conference on human trafficking | lodging, meals, transportation |
| 2. | Lawyers without Borders | August 2 - August 9, 2013 | Nairobi, Kenya | Training of judges and lawyers | lodging, meals, transportation |
| 3. | ABA Litigation Section | January 17 - 18, 2013 | Marco Island, Florida | Leadership meeting | lodging, meals, transportation |
| 4. | National Association of Women Judges | May 14, 2013 | Washington, DC | Keynote address: human trafficking | lodging, transportation |
| 5. | ABA Litigation Section | June 14 - 16, 2013 | Newport, Rhode Island | Leadership meeting | lodging, meals, Transportation |

| 6. | American Law Institute | January 7-8, 2013 | Philadelphia, PN | Drafting of the model penal code on sexual offenses | lodging, meals, transportation |
|---|---|---|---|---|---|
| 7. | ABA Human Trafficking Seminar | February 28 - March 1, 2013 | San Diego, CA | Conference leader human trafficking | lodging, meals, transportation |
| 8. | Utah IP State Bar Association | February 14-16, 2013 | Salt Lake City, Utah | Panelist and judge Patent law | lodging, meals, transportation |
| 9. | Department of Justice | April 4 - 11, 2013 | Bangkok, Thailand | Trainer, Terrorism Trial Training | lodging, meals, transportation |
| 10. | AML Gulf Coast Forum | September 10 - 11, 2013 | Houston, Texas | Keynote Speaker: Human Trafficking | lodging, meals, transportation |
| 11. | International Bar Association | October 7-8, 2013 | Boston, MA | Panelist, Human Trafficking | lodging, meals, transportation |
| 12. | Loyola University Rome Center | September 13-15, 2013 | Rome, Italy | Recipient: Eleanor Roosevelt Leadership Award | Partial transportatation, lodging, meals |
| 13. | Minnesota Judges Association | September 5 - 6, 2013 | Minneapolis, Minnesota | Keynote: Human Trafficking | lodging, meals, transportation |
| 14. | ABA Section of Litigation | October 1, 2013 | Chicago, IL | annual meeting | lodging |
| 15. | American Law Institute | November 15-18, 2013 | New York, NY | Drafting of model penal code on sexual offenses | lodging, meals, transportation |
| 16. | ACI Patent Litigation Panel | Decemeber 10, 2013 | New York, NY | Panelist judicial panel | transportation |
| 17. | Cornell University and Avon Global Center for Women and Justice | December 10-11, 2013 | New York, NY | International judicial conference | lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Kendall, Virginia M. | 05/31/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank Visa | credit card | K |
| 2. | Chase Visa | credit card | K |
| 3. | Capital One | credit card | J |
| 4. | Harris Bank | credit card | J |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kendall, Virginia M. | 05/31/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Prairie Recreational Developments, Inc. | A | Interest | L | W | | | | | |
| 2. JPMorgan Chase Bank - accounts | A | Interest | J | T | | | | | |
| 3. JPMorgan Equity Index Fund | A | Dividend | J | T | | | | | |
| 4. Chase Trust 1 | D | Dividend | N | T | | | | | |
| 5. Chase Trust 2 | D | Dividend | J | T | | | | | |
| 6. JPMorgan Core Bond Fund | A | Dividend | J | T | Sold (part) | 09/10/13 | J | | |
| 7. Washington National Variable Annuity | A | Interest | J | U | | | | | |
| 8. Columbia Fund Series Trust CL A | A | Dividend | J | T | | | | | |
| 9. JPMorgan US Money Market Reserve | A | Interest | J | T | | | | | |
| 10. Vanguard International Stock Index Fund | B | Dividend | L | T | | | | | |
| 11. Vanguard Total Bond Market Index | A | Dividend | M | T | | | | | |
| 12. Vanguard Total Stock Market Index | A | Dividend | M | T | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kendall, Virginia M. | 05/31/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Lines 4 & 5 The filer's ▮▮▮▮ is an income beneficiary with no interest in the corpus of the trusts and therefore pursuant to Section 102(f)(2) of the Ethics in Government Act, no further information is required.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Virginia M. Kendall**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544